UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JONATHON MICHAEL KRAMER,

    Plaintiff,

    v.           Case No. 19-C-1558

ANDREW M. SAUL,
Commissioner of Social Security,

    Defendant.

## ORDER

  Plaintiff Jonathon Michael Kramer filed a *pro se* complaint seeking review of the decision of the Commissioner of Social Security. Plaintiff's mother filed an opening brief in this case on February 14, 2020. On March 19, 2020, Defendant filed a motion to strike the brief filed by Plaintiff's mother, arguing that non-attorneys are not permitted to represent their children in federal litigation. For the following reasons, Defendant's motion to strike will be granted.

  Rule 11(a) of the Federal Rules of Civil Procedure requires that every "pleading, written motion, or other paper" be signed either by an attorney acting on a litigant's behalf, or by the litigant himself. Fed. R. Civ. P. 11(a); *see also* 28 U.S.C. § 1654 ("In all courts of the United States the parties may plead and conduct their own cases personally or by counsel as, by the rules of such courts, respectively, are permitted to manage and conduct causes therein."). The Seventh Circuit has made clear that "an individual may appear in the federal courts only *pro se* or through counsel." *Lewis v. Lenc-Smith Mfg.*, 784 F.2d 829, 830 (7th Cir. 1986) (citing 28 U.S.C. § 1654); *see also Georgakis v. Ill. State Univ.*, 722 F.3d 1075, 1077 (7th Cir. 2013) ("A nonlawyer can't handle a case on behalf of anyone except himself."). The fact that Plaintiff gave his mother

permission to file documents on his behalf in this case does not alter this rule. *See Johnson v. Bank One N.A.*, 90 F. App'x 956, 957 (7th Cir. 2004) (noting that "a power of attorney does not authorize its recipient to practice law" or allow a non-lawyer to represent his mother in federal court).

For these reasons, Defendant's motion to strike (Dkt. No. 14) is **GRANTED** and Plaintiff's brief (Dkt. No. 13) is stricken from the record. Plaintiff may file a brief under his signature on or before May 31, 2020. Failure to make a timely submission may result in dismissal of this action for failure to prosecute.

**SO ORDERED** at Green Bay, Wisconsin this 28th day of April, 2020.

s/ William C. Griesbach  
William C. Griesbach, District Judge  
United States District Court